468 F.2d 1399
 74-1 USTC P 9197
 J. A. NEWSOME, Jr., Plaintiff-Appellee-Cross-Appellant,
v.
UNITED STATES of America, Defendant-Appellant-Cross-Appellee.
 No. 71-3621.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 22, 1972.
 
 Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Carleton D. Powell, Attys., Tax Div., Dept. of Justice, Washington, D. C., Howard A. Weinberger, Tax Div., Dept. of Justice, Dallas, Tex., for defendant-appellant.
 Robert I. White, Robert L. Waters, James R. Keeney, Jr., Houston, Tex., for plaintiff-appellee.
 Before GEWIN, BELL and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the appeal and cross appeal. The costs shall be divided equally between the parties.
 
 
 2
 Affirmed.